UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ISRAEL PEREZ and MAGDALENO ESTRADA ESCAMILLA, on behalf of themselves and all other Mexican/Chicano day laborers and/or Latino day laborers similarly situated,

                      Plaintiff,

      - against -

POSSE COMITATUS, SHERIFF'S POSSE COMITATUS, AMERICAN PATROL, THE CREATIVITY MOVEMENT, NATIONAL ALLIANCE, SACHEM QUALITY OF LIFE, INC., WORLD CHURCH OF THE CREATOR, CHRISTOPHER SLAVIN, and RYAN WAGNER,

                      Defendants.

------------------------------------------------------------X

**PARTIAL JUDGMENT**

CV-01-6201 (JS)

       A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on September 10, 2002, granting the motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure by defendant, Sachem Quality of Life Inc.; granting the motion to dismiss pursuant to Rule 12(b)(6) by defendants, Posse Comitatus, Sheriff's Posse Comitatus, The Creativity Movement, National Alliance, and World Church of the Creator; dismissing with prejudice the claims against defendants, Sachem Quality of Life Inc., Posse Comitatus, Sheriff's Posse Comitatus, The Creativity Movement, National Alliance, and World Church of the Creator; denying the motion for sanctions pursuant to Rule 11 by defendant, Sachem Quality of Life, Inc.; and denying the motion for sanctions pursuant to Rule 11 by defendants, Posse Comitatus, Sheriff's Posse Comitatus, The Creativity Movement, National Alliance, and World Church of the Creator; and a further Order of the Court, having been filed on August 1, 2003, granting the motion for entry of final judgment pursuant to Rule 54(b) by defendants, Sachem Quality of Life Inc., Posse Comitatus, Sheriff's Posse Comitatus,

The Creativity Movement, National Alliance, and World Church of the Creator; denying plaintiffs' motion for entry of default judgment against defendant, Christopher Slavin; directing defendant, Christopher Slavin, to answer the complaint within 20 days of the date of the Court's Order, and advising that failure to answer the complaint will result in the entry of a default judgment; and denying the motion by defendant, Christopher Slavin, for a stay pending resolution of his criminal appeal, it is

**ORDERED AND ADJUDGED** that plaintiffs take nothing of defendants, Sachem Quality of Life Inc., Posse Comitatus, Sheriff's Posse Comitatus, The Creativity Movement, National Alliance, and World Church of the Creator; that the motion to dismiss by defendant, Sachem Quality of Life Inc., is granted; that the motion to dismiss by defendants, Posse Comitatus, Sheriff's Posse Comitatus, The Creativity Movement, National Alliance, and World Church of the Creator, is granted; and that the claims against defendants, Sachem Quality of Life Inc., Posse Comitatus, Sheriff's Posse Comitatus, The Creativity Movement, National Alliance, and World Church of the Creator, are dismissed with prejudice.

Dated: Long Island, New York
       August 19, 2003

                                  ROBERT C. HEINEMANN
                                CLERK OF THE COURT

                By:    /s/ Ralph Branciforte
                                Deputy Clerk